WARING ELECTRIC CO. et al. v. EDISON ELECTRIC LIGHT CO. et al.

(Circuit Court of Appeals, Second Circuit. February 9, 1894.)

PATENTS—INFRINGEMENT—ELECTRIC LAMPS.

Appeal from the Circuit Court of the United States for the District of Connecticut.

This was a suit in equity by the Edison Electric Light Company and Edison General Electric Company against the Waring Electric Company and others for infringement of the so-called "incandescent lamp" or "filament" patent, No. 223,898, issued January 27, 1880, to Thomas A. Edison. The circuit court granted a motion for a preliminary injunction. See 59 Fed. 358, where the opinion by SHIPMAN, Circuit Judge, is reported in full. From this interlocutory decree, defendants appeal.

Wm. E. Simonds and Chas. E. Perkins, for appellants.
R. H. Dyer and Frederick P. Fish, for appellees.

Before WALLACE and LACOMBE, Circuit Judges.

PER CURIAM. Decree affirmed, with interest and costs, on opinion of circuit judge.